**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Alice M. Kyureghian (SBN 300972)
akyureghian@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California 90067-2904
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Plaintiff
ATHENA COSMETICS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ATHENA COSMETICS, INC., a corporation,

Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY, a corporation; and DOES 1 through 15, inclusive,

Defendants.

Case No. 2:24-cv-08010-AB-AGR
Assigned to: Hon. André Birotte Jr.

**DECLARATION OF DAVID P. SCHACK IN SUPPORT OF PLAINTIFF ATHENA COSMETICS INC.'S OPPOSITION TO MOTION TO DISMISS COMPLAINT FILED BY DEFENDANT GREAT AMERICAN INSURANCE COMPANY**

***[****Filed concurrently with Memorandum of Points and Authorities in Opposition to Motion to Dismiss Complaint****]***

Date: November 22, 2024
Time: 10:00 a.m.
Location.: 7B

# DECLARATION OF DAVID P. SCHACK

I, David P. Schack, declare:

1. I am a partner at the law firm of Barnes & Thornburg LLP and am counsel of record for Athena Cosmetics, Inc. ("Athena") in the above-entitled proceeding. I have personal knowledge of the matters set forth herein, and, if called as a witness, I could and would testify competently thereto.

2. On June 15, 2023, plaintiff's attorney for claimant, Doriann Slattery, sent a Notice of Claim to adjuster, Kathy Chard, of Great American E&S Insurance Company. This letter notifies Great American of Ms. Slattery's physical and mental injuries claimed to be sustained as a result of her use of RevitaLash, an Athena product. Ms. Slattery is the named plaintiff in the class action, *Slattery v. Athena Cosmetics, Inc.*, Case No. 2:23-cv-10078, pending in the Central District of California, ("Slattery Action"), for which Great American has denied coverage. Attached hereto as Exhibit 1 is a true and correct copy of the June 15, 2023 letter.

3. On March 24, 2024, I tendered a letter to Great American in response to their denial of coverage for the subject class actions. In support of that letter, I attached for Great American's review the June 15, 2023 letter previously referenced. Attached hereto as Exhibit 2 is a true and correct copy of my March 24, 2024 letter to Great American.

4. Great American has never retracted its denial of coverage, and, at all times since my response on March 24, 2024, has failed and refused to defend Athena in the Underlying Actions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2024.

/s/ David P. Schack
David P. Schack