# EXHIBIT 1

LOU | LAW
YOUR LAW ADVOCATE

June 15, 2023

**VIA EMAIL**
**TO:** Kathy Chard
Great American E&S Insurance Company
301 E. Fourth St.
Cincinnati, OH 45202
Email: kchard@gaig.com

**RE:** Claimant: Doriann Slattery
Your Insured: Athena Cosmetics, Inc.
Claim No.: A00525610

**NOTICE OF CLAIM**

Dear Ms. Chard:

I have the pleasure of representing Doriann Slattery, who sustained injury to her eyes after using RevitaLash® Advanced Eyelash Conditioner. Please allow this letter to serve as notice that Ms. Slattery intends to pursue legal action against Athena Cosmetics, Inc., the manufacturer of the product for her injuries. The basis of her claims are set out herein.

***The Injury***

Doriann Slattery saw advertisements for RevitaLash® Advanced Eyelash Conditioner, which promised to improve the look of her eyelashes by making them grow longer and darker. She went on the product's website to review information about the lash serum. The website represented the lash serum as a "conditioning serum." The information on the website assured her that the product is safe and without side effects. The manufacturer did not provide any warnings that the product may cause serious and long-lasting complications and did not disclose that the lash serum contains a synthetic prostaglandin, the active ingredient and a potent drug. The representations on the product's website made Ms. Slattery believe that the lash serum was a harmless lash "conditioner." **The manufacturer even went as far as to affirmatively state that the lash serum does not contain any "drug" ingredients.**

– Does RevitaLash® Advanced Eyelash Conditioner contain a "drug" ingredient?

No. All of the ingredients in RevitaLash® Advanced Eyelash Conditioner are cosmetic ingredients that have been included to serve a cosmetic purpose.

2180 N. Park Avenue, Suite 208, Winter Park, FL 32789
Ph. 407-622-1885 Fax. 407-536-5041
Louiza@mylawadvocate.com
www.MyLawAdvocate.com

LOU | LAW
YOUR LAW ADVOCATE

Feeling confident that the lash serum was a safe way to improve the look of her eyelashes, Ms. Slattery purchased RevitaLash® Advanced Eyelash Conditioner directly from its website in July and November 2022. Prior to using the lash serum, Ms. Slattery never had any significant or on-going eye problems. Ms. Slattery had good eye health. However, after using the lash serum for some time, she began experiencing various symptoms, which were surprising to her.

The whites of her eyes turned red, and she developed a chalazion on her left upper eye lid in January 2023. Her eyes became very swollen and red. This was a very strange occurrence for her because she had never experienced any eye problems in her life previously. The sudden onset of symptoms prompted her to see Dr. Austin Coleman at Coleman Eye Care. She presented to Dr. Coleman on January 12, 2023, complaining of a "swollen" left upper lid. The visit notes state that Ms. Slattery "thinks she may have a stye." Dr. Coleman prescribed Tobradex eye medication and instructed her to use hot compresses "4 times a day for 10 minutes at a time." He told her to return on in two weeks, on January 26, 2023, for a follow-up. However, her eye condition got even worse, and she returned to the doctor's office earlier than planned, on January 16, 2023, complaining that her "vision is blurry, corners have gook…it feels uncomfortable, teary." The doctor noted that the "chalazion may have some surrounding pre septal cellulitis. Will try Keflex." He prescribed 500mg tablets of Cephalexin and told her to return in "2-3 days." When Ms. Slatterly came back to the office, she complained of blurry vision and that the chalazion was "oozing a little yesterday." She was doing hot compresses and lid scrubs. Dr. Coleman discussed a conservative option for treatment, as well as the need for performing an excision if the non-invasive treatment does not help. Ms. Slattery had never experienced anything like this before.

LOU | LAW
YOUR LAW ADVOCATE




She returned again on January 25, 2023, for a follow-up appointment with Dr. Coleman. This time she had a new chalazion on her right eye lid. She complained of blurry vision in both eyes, the right chalazion was "oozing."




LOU | LAW
YOUR LAW ADVOCATE

Having two active chalazions was a shock to Ms. Slattery, as she has never had any issues with her eyes before. She continued to follow the doctor's treatment instructions. She returned for another follow-up on January 30, 2023, again complaining of blurry vision in both eyes due to the ongoing issues. The doctor told her to continue with the treatment regimen previously prescribed. On February 8, 2023, she went back to see him. During this visit **she was diagnosed with blepharitis in both eyes**. She had never had blepharitis before and was distraught to hear that the condition was "chronic." She would have to perform hot compresses and lid massages for the rest of her life to alleviate the symptoms. The doctor also told her to use artificial tear drops for her dry eyes. She continued to see Dr. Coleman regularly for her eye problems, returning on the following dates: 02/24, 03/8, 3/22, 4/6, and 4/26. At the April 26th appointment, **Dr. Coleman diagnosed Ms. Slattery with dry eye syndrome**. He stated this condition is also "chronic" and that she will need to lubricate her eyes with artificial tears for the rest of her life.

Since developing the sudden onset of symptoms, Ms. Slattery's eyes have been constantly red and irritated. The following photos were taken in May 2023.





2180 N. Park Avenue, Suite 208, Winter Park, FL 32789
Ph. 407-622-1885 Fax. 407-536-5041
Louiza@mylawadvocate.com
www.MyLawAdvocate.com

LOU | LAW
YOUR LAW ADVOCATE





To date Ms. Slattery has serious eye problems. She has red and swollen eye lids and eyes that constantly water. Her eye condition has affected her vision. She explains:

> My eyes are constantly watery and very blurry and so tired causing my vision to be significantly impaired making it very difficult to read books, my daily mail, important documents, the computer, paying bills, read emails, work on my jigsaw puzzles, etc. It's a struggle to get through each day with not being able to see as I did and have wet, teary eyes nonstop. Straining to see causes my eyes to become very tired physically and mentally. It's causing me to not have desire for or ability to participate in normal daily activities including cleaning my home. It is always there and a distraction, even carrying on a conversation with the discomfort there. It's a strain to see.

Ms. Slattery's eyes get tired easily and she cannot participate in the same activities she used to easily do in the past. She also cannot wear makeup due to her eyes constantly watering and the makeup running and smearing. Looking good and wearing cosmetics is very important to Doriann Slattery; it makes her feel dressed up and "put together." She takes pride in her appearance and wants to look the best she can when going out to see friends and socializing. Therefore, not being able to wear makeup around her eyes makes her feel very self-conscious and she has missed many social activities because she could not look her best.

In addition to the frustration of not being able to look and feel good, her condition requires her to use hot compresses four (4) times per day for ten (10) minutes each time. This means that she must stop what she is doing, prepare the compress, sit down and apply the

compress to her skin (which has caused her skin issues around the eyes). She must sit still, waiting for the procedure to take effect. This process has turned her life on its head. She must incorporate the hot compress procedure into her daily life. This means that when she is running errands or visiting with friend, she has to think about where and when she must undergo the hot compress process. Before using the RevitaLash® Advanced Eyelash Conditioner, Ms. Slattery *never* had to think about this *once* in her life.

About halfway through the day her eyes get extremely tired and uncomfortable. This has caused her to become irritable and less patient with others. She feels frustrated because she is in constant discomfort. She has had to make other major lifestyle changes to accommodate her eye condition. For example, she used to use the fan at home because it is hot in South Florida, however, she can no longer do this because it irritates her eyes and exacerbates her condition.

The sudden onset of eye problems caused her anxiety, depression, and feeling of isolation. Had she known that the lash serum contains a potent ingredient that is responsible for making lash grow but also can be dangerous to the structures under the eyes, she would not have taken the risk of using this product. The potential of developing a permanent eye condition is simply not worth any aesthetic improvement to Ms. Slattery.

***Athena Cosmetic, Inc.'s Liability***

RevitaLash® Advanced Eyelash Conditioner is not a harmless and natural "conditioner" as the manufacturer represents. The active ingredient responsible for causing eye lashes to grow, thicken, and darken is a potent drug. Dechloro Dihydroxy Difluoro Ethylcloprostenolamide (DDDE) or Ethyl Tafluprostamide is a synthetic prostaglandin analog (PGA), like Isopropyl cloprostenate. PGA's are registered drugs used to treat glaucoma. Athena Cosmetics, Inc. should be familiar with the FDA Warning Letter issued to its competitor Lifetech Resources, LLC stating that its lash growth serums containing PGA's are classified as "drugs" as they "are well known to have an effect on the structure or function of the body." Athena Cosmetics, Inc. has not applied for or been approved by the FDA to sell its PGA containing lash growth serums in the United States. Moreover, it flat out denies that its lash serum contains any "drug" ingredients.

Prostaglandin analogs are known to cause serious and permanent side effects to the eyes.[1] It is well-known that topical prostaglandin analogs cause structural "changes to the

[1] Chhadva, Priyanka MD; Goldhardt, Raquel MD; Galor, Anat MD. "Meibomian gland disease: the role of gland dysfunction in dry eye disease." *Ophthalmology.* Nov. 2017, 124(11 Suppl): S20-S26, p.4. doi: 10.1016/j.ophtha.2017.05.031.Custer, Philip MD; Kent, Tiffany L MD. "Observations on Prostaglandin Orbitopathy. *Ophthalmic Plastic & Reconstructive Surgery.* March-April 2016, Vol. 32, Issue 2, pp. 102-105. doi:10.1097/IOP.0000000000000431. Mocan MC; Uzunosmanoglu E; Kocabeyoglu S; Karakaya J; Irkec M. "The Association of Chronic Topical Prostaglandin Analog Use with Meibomian Gland Dysfunction." *J Glaucoma.* 2016 Sep.; 25(9):770-4. doi:10.1097/IJG.0000000000000495.

LOU | LAW
YOUR LAW ADVOCATE

orbital tissue resulting in a variety of cosmetic and functional eyelid disorders. The eyelid margins can thin, causing posterior migration of the lashes. Increased horizontal tension of the eyelids may result in acquired blepharophimosis and upper or lower eyelid malposition."[2] A study from 2011 found a significant association between topical prostaglandin use and blepharitis, a condition which Ms. Slatterly developed after using RevitaLash® Advanced Eyelash Conditioner.[3]

The connection between PGA's and serious and life-long eye problems is well-recognized by the medical community, internationally. The European Commission Scientific Committee on Consumer Safety (SCCS) issued an Opinion on Prostaglandins and prostaglandin-analogues used in cosmetic products, dated February 3, 2022. The use of DDDE/Ethyl Tafluprostamide, the ingredient used in RevitaLash® Advanced Eyelash Conditioner, was reviewed by the Commission. The SCCS concluded:

> Prostaglandins and synthetic analogues are widely known to be potent pharmacologically active substances. Due to these effects, other regulatory authorities have advised against, or have prohibited, their use in eyelash growth promoting cosmetics. In view of the potential for causing effects at very low concentrations, and the intended use in the proximity of the eye, **the SCCS has noted concerns over the safety of prostaglandin analogues when used in cosmetic products.**[4]
>
> The detailed analysis of the data provided in ingredient dossiers by all applicants, as well as the available literature data, indicates that the **prostaglandins analogues are capable of exerting strong pharmacological effects at very low doses**. Therefore, the SCCS is of the opinion that the PGAs pose a concern for adverse effects on human health when used in cosmetic products.[5]
>
> With a collective consideration of the physicochemical, toxicological and exposure aspects noted above, **the SCCS is of the view that there is a basis for a concern that the use of the prostaglandin analogues,** as notified through CPNP for use in cosmetic products, **can pose a health risk to the consumer**.

---

[2] Custer, Philip MD; Kent, Tiffany L MD. "Observations on Prostaglandin Orbitopathy. *Ophthalmic Plastic & Reconstructive Surgery.* March-April 2016, Vol. 32, Issue 2, pp. 102-105. doi:10.1097/IOP.0000000000000431.
[3] Cunniffe, M. Geraldine M.D.; Medel-Jiménez, R. M.D.; González-Candial, M. M.D.. Topical Antiglaucoma Treatment With Prostaglandin Analogues May Precipitate Meibomian Gland Disease. Ophthalmic Plastic & Reconstructive Surgery 27(5):p e128-e129, September 2011. | DOI: 10.1097/IOP.0b013e318201d32f
[4] SCCS Opinion on Prostaglandins and prostaglandin-analogues used in cosmetic products, page 3. https://health.ec.europa.eu/system/files/2022-02/sccs_o_258.pdf.
[5] *Id* at page 32.

2180 N. Park Avenue, Suite 208, Winter Park, FL 32789
Ph. 407-622-1885 Fax. 407-536-5041
Louiza@mylawadvocate.com
www.MyLawAdvocate.com

LOU | LAW
YOUR LAW ADVOCATE

> Considering the potent pharmacological activity and the scarcity/lack of safety data, the **SCCS cannot advise on the concentrations of the PGAs that can be safely used in cosmetic products.**[6]

Doriann Slattery's sudden onset of chalazions, blepharitis and dry-eye syndrome after using RevitaLash® Advanced Eyelash Conditioner is consistent with the medical literature, the FDA's warnings and the SCCS's opinions on the potency and danger of PGA-containing lash growth serums, like the one at issue in this case. Prior to using the RevitaLash® Advanced Eyelash Conditioner, Doriann Slattery did not have any eye problems. However, after using the product, she began experiencing inexplicable eye problems frequently associated with topical PGA use.

***Intent to Pursue Legal Action***

Athena Cosmetics, Inc. made deceptive representations about its lash growth serum on its website, where Ms. Slattery purchased the product. It misrepresented RevitaLash® Advanced Eyelash Conditioner as a harmless and safe product ***without any potential side effects*** - which is simply not true. Due to the severity of her injuries, Ms. Slattery intends to file a lawsuit against the manufacturer of RevitaLash® Advanced Eyelash Conditioner, which caused her permanent injury to her eyes. Ms. Slattery will allege negligence and fraudulent concealment and misrepresentation against Athena Cosmetics, Inc. She will also seek punitive damages for the intentional and grossly negligent conduct committed by the manufacturer.

In advance of filing a Complaint in court, Ms. Slattery is giving Athena Cosmetics, Inc. an opportunity to come to an amicable resolution of this matter in presuit. If you believe that this is possible, please let me know within fourteen (14) days of receiving this letter. If you need additional information for your investigation of this matter, please contact me immediately.

Sincerely,

Louiza Tarassova, Esq.

Enclosures:
1) Coleman Eye Care Medical Records;
2) Shipping and Order Confirmation Order No.: 229339US and Order No.: 207773US.

---

[6] SCCS Opinion on Prostaglandins and prostaglandin-analogues used in cosmetic products, page 41. https://health.ec.europa.eu/system/files/2022-02/sccs_o_258.pdf.

2180 N. Park Avenue, Suite 208, Winter Park, FL 32789
Ph. 407-622-1885 Fax. 407-536-5041
Louiza@mylawadvocate.com
www.MyLawAdvocate.com